1054

[No. 62377-0-I.   Division One.   April 20, 2009.]

JAY SHIM ET AL., *Appellants*, v. THE CITY OF TUKWILA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-19673-1, Deborah D. Fleck, J., entered August 29, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Leach, J.

[No. 36229-5-II.   Division Two.   April 21, 2009.]

MARY A. KELLOGG, *as Trustee*, ET AL., *Appellants*, v. ROBERT HARRINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-04611-8, John F. Nichols, J., entered March 23, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Hunt, JJ.

[No. 36379-8-II.   Division Two.   April 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON ASHER THORNTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-01690-2, Theodore F. Spearman, J., entered June 1, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 36440-9-II.   Division Two.   April 21, 2009.]

MARK VANNAUSDLE, *Appellant*, v. PIERCE COUNTY DEPARTMENT OF ASSIGNED COUNSEL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-11214-3, Ronald E. Culpepper, J., entered May 9, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Houghton, J.